# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re Sabir Philimon | Case No. 2:23-cv-1119-GMN-NJK |
| | **Order** |

This civil case was opened upon Sabir Philimon's filing of a "notice" seeking relief from his criminal prosecution and detention. *See* Docket No. 1 at 3 (purported "cease and desist" for United States to stop applying allegedly "void" statutes against Philimon); *id.* at 4 (appearing to seek "Discharge from U.S. Marshal Custody, and Release from the Nevada Southern Detention Center"); *see also United States v. Philimon*, 2:22-cr-00215-GMN-EJY (D. Nev.). The Clerk's Office is **INSTRUCTED** to administratively close this civil case and to file the subject notice in the criminal case (2:22-cr-00215).

IT IS SO ORDERED.

Dated: July 19, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1